IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUSAN M. ANDERSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3144 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for extension of time to file brief (Filing No. 15).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until March 9, 2011, to file her brief.

DATED this 4th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court