IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SUSAN M. ANDERSEN,            )
                              )
          Plaintiff,          )      4:10CV3144
                              )
     v.                       )
                              )
MICHAEL J. ASTRUE,            )      ORDER
Commissioner of the Social    )
Security Administration,      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on defendant's motion for extension of time to file brief (Filing No. 18).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until May 9, 2011, to file his brief.

DATED this 8th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court